**CERTIFICATE OF SERVICE**

I hereby certify, on September 18, 2024, that a true and correct copy of: Defendants' Opposition to Plaintiff's Motion for Entry of Default, and its supporting documents, were served upon the following *pro se* Plaintiff in the manner indicated:

**UPS OVERNIGHT & USPS STANDARD**
Claude Thomas
P.O. Box 492
Bear, DE 19701

*/s/ Lauren E.M. Russell*
Lauren E.M. Russell (#5366)