## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLAUDE THOMAS,

        Plaintiff,

   v.

DELAWARE TECHNICAL AND
COMMUNITY COLLEGE, JODY
HUBER, AND ELIZABETH O.
GROLLER

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.:  24-0762-CFC

## [PROPOSED] ORDER

This _____ day of _____, 2025, having considered the

Defendants' Motion for Sanctions under Rule 11 and any opposition thereto, it is

HEREBY ORDERED that:

1. The Defendants' Motion is GRANTED.

2. Plaintiff shall be subject to sanctions under Fed. R. Civ. P. 11.

3. The following filings and motions are DENIED, with prejudice:

    a) Plaintiff Claude Thomas (Plaintiff)'s Sur-Reply in Opposition to Defendants' Motion to Dismiss (D.I. 25)

    b) Plaintiff's Reply in Support of Motions for Protective Order (D.I. 32)

    c) Plaintiff's Motion to Compel Deposition of Defendant Delaware Technical Community College President Mark Brainard (D.I. 38)

    d) Plaintiff's Motion for Extension of Discovery Deadline

(D.I. 39)

e)    Plaintiff's Response to Defendants' Objections to Requests for Production of Documents (D.I. 40)

f)    Plaintiff's Response to Defendants' Objections to Interrogatories (D.I. 41)

g)    Plaintiff's Reply to Defendants' Opposition to Extend Discovery Deadlines (D.I. 46)

h)    Motion for Stay of Discovery Pending Acquisition of Counsel (D.I. 47)

i)    Plaintiff's Motion for Emergency Hearing on Pending Motions (D.I. 48)

j)    Motion for Post-Deposition Protective Order (D.I. 50)

k)    Motion for Reconsideration and Relief from Deposition Proceedings (D.I. 51)

4.    Plaintiff is ordered to pay Defendants' costs and attorneys' fees, in an amount to be established through a subsequent accounting, incurred in responding to the foregoing motions and in preparing the instant Motion for Sanctions under Rule 11.

_____
Chief U.S. District Judge Colm F. Connolly