## CERTIFICATE OF SERVICE

I hereby certify, on May 15, 2025, that a true and correct copy of the foregoing

*Defendants' Motion for Sanctions Under Rule 11* was served upon the following in

the manners indicated below:


**ELECTRONIC MAIL and FIRST CLASS, U.S. MAIL (postage prepaid)**
Claude Thomas
P.O. Box 492
Bear, DE 19701
drclaudethomas@gmail.com


*/s/ Lauren E.M. Russell*
Lauren E.M. Russell (#5366)